UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 3:05-cr-60-J-12MMH

GREGORY SCOTT SMITH

## FINAL JUDGMENT OF FORFEITURE

This matter is before the Court upon the Motion and Memorandum of the United States for Issuance of a Final Judgment of Forfeiture, that the following vehicles are now subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and/or 18 U.S.C. § 982:

- a 1999 Ford F-150 pickup truck
VIN 1FTRX17L2XNB87604; and

- a 1999 Ford Expedition sports utility vehicle
VIN 1FMRU17L7XLB56560,

and

WHEREAS, on July 13, 2006, the Court entered its Preliminary Order of Forfeiture as to the above-referenced vehicles (Dkt. 54); and

WHEREAS, on August 31, 2006, the U.S. Marshals Service effected seizure of the above-referenced vehicles (Dkts. 63 & 64); and

WHEREAS, the United States has duly published its Notice of Forfeiture in The Financial News & Daily Record, a newspaper of general circulation in Duval County, Florida, on July 27, August 3 and August 10, 2006 (Dkt. 65); and

WHEREAS, the United States has no knowledge of any potential third party claimants, no claims as to the above-referenced vehicles have been filed, and the time for filing such claims has expired; and

WHEREAS, the United States will recommend as stated on the record at sentencing that the Department of Justice, Asset Forfeiture & Money Laundering Section, make a determination that the net proceeds from the sale of the vehicles will be applied towards the restitution ordered in this case; and

WHEREAS, on October 25, 2006, the United States filed its motion and memorandum of law for the issuance of a Final Order of Forfeiture (Dkt. 66). Accordingly, after due consideration and the finding of the Court that the United States has established the requisite nexus for forfeiture as to the above-referenced vehicles, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and/or 18 U.S.C. § 982, for violations of 18 U.S.C. § 1341 and 18 U.S.C. § 1957, it is HEREBY

ORDERED and ADJUDGED that the motion (Dkt. 66) is hereby GRANTED, and that the above-referenced vehicles be, and hereby are, forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and/or 18 U.S.C. § 982. It is further

ORDERED that the U.S. Marshals Service shall make disposition of the above-referenced vehicles in accordance with the law, and that upon the final disposition of the vehicles, the net proceeds of the vehicles shall be applied in

partial satisfaction of the Personal Money Judgment entered against the defendant (Dkt. 55).

DONE and ORDERED in Jacksonville, Florida this **15TH** day of **NOVEMBER**, 2006.

                                                Howell W. Melton
                                         UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record